## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

CHRISTIE COSENZA,

   Plaintiff,

  v.                Case No. 1:23-cv-01297-JEH-RLH

RIVIAN AUTOMOTIVE, LLC,

   Defendant.

### JOINT MOTION FOR SETTLEMENT CONFERENCE

Pursuant to the Court's Order dated April 24, 2025, Plaintiff Christie Cosenza and Defendant Rivian Automotive, LLC, submit their Joint Motion for Settlement Conference as follows:

1.  The parties have conferred and agree that this case should be set for a settlement conference with the Magistrate Judge.

2.  Accordingly, the parties request that the Court enter an Order referring this case to the Magistrate Judge for a settlement conference.

WHEREFORE, Plaintiff Christie Cosenza and Defendant Rivian Automotive, LLC respectfully request that the Court grant their Joint Motion for Settlement Conference and enter an order referring this case to the Magistrate Judge for a settlement conference.

**DATED:  May 8, 2025**

317710528v.1

2

CHRISTIE COSENZA

RIVIAN AUTOMOTIVE, LLC


By: _/s/ Francisco Fernandez del Castillo_

By: _/s/ Sharilee K. Smentek_


Francisco Fernandez del Castillo
DEL CASTILLO LAW GROUP, LLC
11 East Adams Street
Suite 1401
Chicago, Illinois 60604
Telephone: (312) 216-0111
Email: francisco@delcastillolawgroup.com


**_Attorney for Plaintiff Christie Cosenza_**

Katherine Mendez
Sharilee K. Smentek
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email:  kmendez@seyfarth.com
        ssmentek@seyfarth.com


**_Attorneys for Defendant Rivian Automotive, LLC_**

2

317710528v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically

filed with the Clerk of the Court using the CM/ECF system, and that a copy of the foregoing was

served on all counsel of record via the Court's CM/ECF system, on May 8, 2025.


/s/ Sharilee K. Smentek