E-FILED
Wednesday, 16 July, 2025 11:59:51 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

CHRISTIE COSENZA,

Plaintiff,

v.

RIVIAN AUTOMOTIVE, LLC,

Defendant.

Case No. 1:23-cv-01297-JEH-RLH

**STIPULATION TO DISMISS**

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christie Cosenza and Defendant Rivian Automotive, LLC hereby agree to the dismissal of this case with prejudice. Each party shall bear her or its own attorney's fees and costs.

The Court shall retain jurisdiction to reopen these proceedings only in the event that the United States Bankruptcy Court for the Central District of Illinois ("Bankruptcy Court") refuses to approve the parties' Settlement and Release Agreement ("Agreement") and/or the Bankruptcy Court's approval of the Agreement is overturned on appeal.

**AGREED TO BY:**

CHRISTIE COSENZA

By: _/s/ Francisco Fernandez del Castillo_

Francisco Fernandez del Castillo
DEL CASTILLO LAW GROUP, LLC
11 East Adams Street
Suite 1401
Chicago, Illinois 60604
Telephone: (312) 216-0111
Email: francisco@delcastillolawgroup.com

***Attorney for Plaintiff Christie Cosenza***

RIVIAN AUTOMOTIVE, LLC

By: _/s/ Sharilee K. Smentek_

Katherine Mendez
Sharilee K. Smentek
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: kmendez@seyfarth.com
ssmentek@seyfarth.com

***Attorneys for Defendant Rivian Automotive, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system, on July 16, 2025.

*/s/ Sharilee K. Smentek*